[Docket No. 86]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JAMAR SPENCER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CAMPBELL SOUP COMPANY, | Civil Action No. 1:24-cv-9882-RMB-SAK |

**ORDER**

THIS MATTER having been opened to the Court by Plaintiff Jamar Spencer ("Plaintiff"), by and through his counsel, Siri & Glimstad LLP, on Plaintiff's Unopposed Motion for Entry of Final Judgment (Docket No. 86) (the "Motion"); and Defendant Campbell Soup Company n/k/a The Campbell's Company ("Defendant") not opposing the relief requested; and the Court having considered the Motion and the submissions of the parties; and the Court having held a status conference on September 23, 2026; and for good cause shown;

IT IS on this **13th** day of **October**, 2026, **ORDERED** that the Motion is **GRANTED**; and it is further **ORDERED** that the Clerk of the Court shall **CLOSE** this matter.

**s/Renée Marie Bumb**
HON. RENÉE MARIE BUMB
Chief United States District Judge