**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JAMAR A. SPENCER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CAMPBELL'S SOUP COMPANY n/k/a THE CAMPBELL'S COMPANY<br><br>Defendant. | **Civil Action No.: 1:24-cv-09882-RMB-SAK**<br><br>**NOTICE OF APPEAL** |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Jamar A. Spencer, in the above-captioned action, appeals to the United States Court of Appeals for the Third Circuit from the Memorandum and Order entered on (ECF Nos. 67 and 68), granting Defendant's motion to dismiss, and from the Judgment entered on October 13, 2026 (ECF No. 87), disposing of all claims.

Dated: November 12, 2026

Respectfully submitted,

**SIRI & GLIMSTAD LLP**
*/s/ Oren Faircloth*
Oren Faircloth (*pro hac vice*)
100 Pearl Street
14th Floor - #16946876
Hartford, CT 06103
Tel: (212) 532-1091

E: ofaircloth@sirillp.com

William H. Payne, IV
8 Campus Drive, Suite 105 PMB #101
Parsippany, New Jersey, 07054
Tel: (212) 532-1091
E: wpayne@sirillp.com

*Attorneys for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on November 12, 2026, a true and correct copy of the foregoing Notice of Appeal was filed with the Court by electronic filing protocols and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

*/s/ Oren Faircloth*
Oren Faircloth